1  HAILYN J. CHEN (SBN 237436)
   hailyn.chen@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  USHA C. VANCE (SBN 309353)
   usha.vance@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
8  Facsimile:    (415) 512-4077

9  CHARLES F. ROBINSON (SBN 113197)
   charles.robinson@ucop.edu
10 MARGARET L. WU (SBN 184167)
   margaret.wu@ucop.edu
11 JEROME MAYER-CANTÙ (SBN 291623)
   jerome.mayer-cantu@ucop.edu
12 UNIVERSITY OF CALIFORNIA
   Office of the General Counsel
13 1111 Franklin Street, 8th Floor
   Oakland, CA  94607-5200
14 Telephone:    (510) 987-9800
   Facsimile:    (510) 987-9757
15
   Attorneys for The Regents of the University of California
16

17                     UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

19

20 | JUSTINE TANJAYA,                                  | Case No. 2:19-cv-2956
21 |     Plaintiff,                                    | **NOTICE OF REMOVAL OF CIVIL ACTION**
22 | vs.                                               |
23 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1 through 25, inclusive, |
25 |     Defendants.                                   |

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant The Regents of the University of California ("Defendant") hereby removes the above-captioned matter, which was commenced as Case Number 19STCV06426 in the Superior Court of the State of California for the County of Los Angeles, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of its Notice of Removal, Defendant states the following:

1. Plaintiff Justine Tanjaya first served Defendant with a summons and a copy of the Complaint in this action on March 18, 2019. This removal petition is therefore timely under 28 U.S.C. § 1446(b).

2. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Defendant reserves the right to amend this Notice of Removal to assert additional bases for federal jurisdiction.

3. This matter arises under the laws of the United States. The Complaint's first, second, and sixth causes of action allege that Defendant violated Title IX of the United States Education Amendments of 1972, 20 U.S.C. § 1681. Compl. ¶¶ 30-42, 66-72. The Complaint's fourth and fifth causes of action allege that Defendant violated Title VI of the Civil Rights Act of 1964, 29 U.S.C. § 2000d. Compl. ¶¶ 53-65.

4. The Complaint's third cause of action is a state-law claim that is related to the Complaint's remaining causes of action and forms part of the same case or controversy, and this Court may exercise supplemental jurisdiction over that state-law cause of action. 28 U.S.C. § 1367; *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 165 (1997).

5. Removal to this judicial district and division is proper because they "embrac[e]" Los Angeles County, the "place where [this] action is pending." 28 U.S.C. § 1441(a).

6. Defendant is informed and believes that no defendant other than the named defendant has been joined or served in this action.

-1-
NOTICE OF REMOVAL

1    7.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed
2  with the Clerk of the Superior Court of the State of California for the County of Los Angeles, and
3  will be served on all parties.  This Notice of Removal is signed pursuant to Federal Rule of Civil
4  Procedure 11.  *See* 28 U.S.C. § 1446(a).
5    8.    Attached to this Notice of Removal are true and correct copies of the process,
6  pleadings, and other papers that have been served on Defendant in this action:
7    **Exhibit A**: Summons and Complaint
8    9.    Defendant reserves the right to submit additional evidence and argument as needed
9  to supplement this "short and plain statement of the grounds for removal."  28 U.S.C. § 1446(a);
10 *see Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 858 (9th Cir. 2001).
11   BASED ON THE FOREGOING, Defendant hereby removes this action, now pending in
12 the Superior Court of the State of California for the County of Los Angeles, Case Number
13 19STCV06426, to the United States District Court for the Central District of California.

16 DATED:  April 17, 2019                    MUNGER, TOLLES & OLSON LLP
17                                                                  HAILYN J. CHEN
                                                                      USHA C. VANCE

                                                          By:    /s/ *Usha C. Vance*
                                                                  USHA C. VANCE
                                                          Attorneys for The Regents of the University of
                                                          California