1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTINE TANJAYA,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. CV 19-2956-GW-FFMx<br><br>**ORDER REGARDING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

1     Upon consideration of Defendant The Regents of the University of
2 California's Application for Leave to File Under Seal and the supporting
3 Declaration of Usha C. Vance,
4     IT IS HEREBY ORDERED THAT Defendant's Application for Leave to File
5 Under Seal is GRANTED.  The following documents should be filed with Plaintiff
6 Justine Tanjaya's email address redacted:

| |
|---|
| Exhibit A to the Declaration of Candi N. Smiley |
| Exhibit C to the Declaration of Candi N. Smiley |
| Exhibit E to the Declaration of Candi N. Smiley |

DATED:  June 27, 2019

*[signature: George H. Wu]*

HON. GEORGE H. WU,
United States District Judge