HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Fl.
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

USHA C. VANCE (SBN 309353)
usha.vance@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Fl.
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

JEROME MAYER-CANTÚ (SBN 291623)
jerome.mayer-cantu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:  (510) 987-9800
Facsimile:   (510) 987-9757

Attorneys for The Regents of the University of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTINE TANJAYA,<br><br>   Plaintiff,<br><br>  vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>   Defendants. | Case No. 2:19-cv-02956 GW (FFMx)<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF PARTIAL WITHDRAWAL OF DOCUMENT NO. 33**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

  PLEASE TAKE NOTICE that Defendant The Regents of the University of California ("University") hereby withdraws Paragraphs (1) to (3) of the Stipulation Establishing Briefing Schedule Pursuant to Fed. R. Civ. P. 15(a)(3).  (ECF No. 33).

Paragraphs (1) to (3) establish a deadline for the University to respond to Plaintiff's Second Amended Complaint and a briefing schedule in the event the University moves to dismiss Plaintiff's Second Amended Complaint.  This Court's Local Rules provide that stipulations extending time, including the time to answer amended pleadings, must be approved by the Court.  *See* L.R. 8-3.  Pursuant to Federal Rule of Civil Procedure 15(a)(3), the University must respond to Plaintiff's Second Amended Complaint by October 11, 2019.  Because the Court has not approved the Parties' stipulated extension of time for the University to respond, that deadline continues to apply, and the University has accordingly filed its Answer to Plaintiff's Second Amended Complaint and a Motion to Dismiss Plaintiff's Second Amended Complaint.  The Parties' stipulated briefing schedule is therefore moot.  The University will attempt to reach a new stipulated briefing schedule with Plaintiff.

For the avoidance of doubt, this Notice of Withdrawal does not apply to Paragraph (4) of the Stipulation, which stipulates to Plaintiff's graduation from the University of California, Los Angeles and does not require approval by this Court.

DATED: October 11, 2019

MUNGER, TOLLES & OLSON LLP
    HAILYN J. CHEN
    USHA C. VANCE

By: /s/ *Usha C. Vance*
    USHA C. VANCE
Attorneys for The Regents of the University of California