UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTINE TANJAYA,<br><br>      Plaintiff,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>      Defendants. | Case No. CV 19-2956-GW-FFMx<br><br>**ORDER REGARDING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

Upon consideration of Defendant The Regents of the University of California's Application for Leave to File Under Seal and the supporting Declaration of Usha C. Vance,

IT IS HEREBY ORDERED THAT Defendant's Application for Leave to File Under Seal is GRANTED. Exhibits A through A14 to the Notice of Exhibits in Support of Motion to Dismiss Second Amended Complaint should be filed under seal.

DATED: November 26, 2019

*(signature)*
HON. GEORGE H. WU,
United States District Judge